UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
                    v.       )  03-CR-30008-MAP
                             )
JOSE MERCED                  )


MEMORANDUM AND ORDER REGARDING
MOTION TO VACATE UNDER U.S.C. § 2255
(Dkt. No. 1080)

March 26, 2009

PONSOR, D.J.

On June 7, 2006, the court sentenced Defendant Jose Merced to 180 months imprisonment, consisting of 120 months on drug-related counts and 60 months on a firearms count pursuant to 18 U.S.C. § 924(c). On May 24, 2007, the Court of Appeals affirmed the sentence. Subsequently, the United States Supreme Court in Watson v. United States, 128 S.Ct. 579 (2007), found that an exchange of a firearm for drugs did not, in itself, provide an adequate basis for a conviction under 18 U.S.C. § 924(c).

Based upon Watson, Defendant on November 26, 2008, filed

a Motion to Vacate his sentence pursuant to 18 U.S.C. § 2255 (Dkt. No. 1080).  On January 29, 2009, the government filed its response to the motion, conceding "that <u>Watson</u> negates Mr. Merced's Section 924(c) conviction." (Dkt. No. 1092).

Based upon the impact of <u>Watson</u>, and the government's concession, the court hereby ALLOWS Defendant's motion pursuant to § 2255 (Dkt. No. 1080).  The clerk is ordered to DISMISS the charge pursuant to 18 U.S.C. § 924(c), and to issue an amended judgment deleting the 60-month on-and-after term and substituting a term of only 120 months for the drug-related offense convictions.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge